IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

K. JAMEL WALKER,

        Plaintiff,                  No. 2:09-cv-0569 WBS KJN (PC)

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.            ORDER

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On March 17, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. The findings and recommendations filed March 17, 2010, are adopted in full;
3   and
4   2. Plaintiff's May 15, 2009 motion to remand this action is denied.

5   DATED: May 20, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/walk0569.805