IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

K. JAMEL WALKER,

      Plaintiff,                    No.  2:09-cv-0569 WBS KJN P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.             ORDER TO SHOW CAUSE

                                      /

          On February 23, 2011, this court directed defendants to file, within twenty-one days (pursuant to Federal Rule of Civil Procedure 12(a)), an answer or other pleading responsive to plaintiff's complaint. (Dkt. No. 17.)  This deadline has expired and defendants have not filed a responsive pleading or otherwise communicated with the court.

          Accordingly, defendants are hereby ordered to show cause, within fourteen days after the filing date of this order, why sanctions should not be imposed for their failure to timely file a responsive pleading, and shall file such a responsive pleading.

          SO ORDERED.

DATED:  March 31, 2011

                                                    _____
                                                    KENDALL J. NEWMAN
                                                    UNITED STATES MAGISTRATE JUDGE

walk0569.osc