UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. JAMES WALKER,<br><br>           Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>           Defendants. | No.  2:09-cv-0569-WBS-KJN-P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On January 22, 2014, the magistrate judge filed supplemental findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the supplemental findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the supplemental findings and recommendations.

   The court has reviewed the file and finds the supplemental findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

////

1

1. The supplemental findings and recommendations filed January 22, 2014, are adopted in full;

2. Defendants' motion to dismiss (ECF No. 22, 43) plaintiff's two re-opened First Amendment retaliation claims are granted in part, and denied in part, as follows:

    a. Plaintiff's "retaliatory handcuffing claim" is dismissed without prejudice.

    b. Plaintiff's "inmate-enemy retaliation claim" shall proceed in this action, against defendants Price and Chivarria, together with the other claims previously found potentially cognizable in this action (see findings and recommendations filed March 22, 2012 at ECF No. 35).

3. Plaintiff's request to reinstate his state law claims is denied.

4. Plaintiff may proceed on his First Amended Complaint, or on a newly-filed Second Amended Complaint, no more than twenty (20) pages in length, consistent with the parameters previously set forth (see findings and recommendations filed January 22, 2014, ECF No. 45 at 18 n.8).

5. Within thirty (30) days from the date of this order, plaintiff shall either inform the court he intends to proceed on his First Amended Complaint, or file and serve a Second Amended Complaint.

Dated:  February 24, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

walk0569.801