UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. JAMEL WALKER,<br><br>   Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>   Defendants. | No. 2:09-cv-0569 WBS KJN P<br><br><br>ORDER |

  On August 8, 2014, plaintiff filed a motion for reconsideration of the magistrate judge's order filed July 24, 2014, denying plaintiff's July 9, 2014 motion to strike.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Id.  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge (ECF No. 53), is affirmed.

Dated:  August 29, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE