UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. JAMEL WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | No.  2:09-cv-0569 WBS KJN P<br><br><br>ORDER |

Defendants have filed a motion to modify the scheduling order herein in order to extend the pretrial motion deadline from January 5, 2015, to March 6, 2015.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order (ECF No. 51) is granted.
2. All pretrial motions, except motions to compel discovery, shall be filed on or before March 6, 2015.  The October 10, 2014 deadline for filing motions concerning discovery has expired, and is unchanged by this order.

Dated:  January 21, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

walk0569.36