UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. JAMEL WALKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Defendants. | No.  2:09-cv-0569 WBS KJN P<br><br><br>ORDER |

　　　　Defendants have requested a sixty-day extension of time in which to file a response to the court's October 30, 2015 order.  Good cause appearing, defendants' request is granted.

　　　　In order to provide plaintiff with the opportunity to address defendants' response in opposition to the pending motion for summary judgment, defendants' motion is denied without prejudice to its renewal following service of defendants' response to the October 30, 2015 order on plaintiff.  Defendants are not required to re-file the previous summary judgment motion *in toto*, but may simply re-notice the motion and refer to the prior pleadings.

　　　　Once defendants have re-noticed the motion for summary judgment, plaintiff shall file an opposition.  Any exhibits plaintiff seeks to include in support of his opposition must be submitted at this time.  Following the filing of plaintiff's opposition, defendants shall file a reply. Defendants may refer to the previously filed exhibits without re-filing.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' November 20, 2015 motion for an extension of time (ECF No. 66) is granted.
2. The deadlines set forth in the court's October 30, 2015 order (ECF No. 64) are vacated.
3. Defendants must file and serve the response to this court's October 30, 2015 order (ECF No. 64) by January 19, 2016.
4. Defendants' motion for summary judgment (ECF No. 60) is denied without prejudice to its renewal pending submission of their response to the court's October 30, 2015 order (ECF No. 64). Defendants are not required to re-file the summary judgment motion and supporting documents, but may reference the prior filings in the notice.
5. Plaintiff shall file his opposition to the re-noticed motion within thirty days after the notice is served. Defendants' reply shall be filed twenty-one days thereafter.
6. After defendants' reply is filed, briefing on the motion for summary judgment is closed, and no further filings in connection thereto are allowed.

Dated: December 3, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/walk0569.36.disc

2