UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. JAMEL WALKER, | No.  2:09-cv-0569 WBS KJN PS |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

On November 12, 2015, plaintiff filed a motion for reconsideration of the magistrate judge's order, filed October 30, 2015, denying plaintiff's motion for additional discovery. Pursuant to Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  (Id.)  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Accordingly, IT IS HEREBY ORDERED that:

1. Upon reconsideration, the order of the magistrate judge filed October 30, 2015 is affirmed.

2. Plaintiff's motion for reconsideration (ECF No. 65) is denied.

Dated:  December 3, 2015

/walk0569.850

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1