UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. JAMEL WALKER, | No. 2: 09-cv-0569 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the reasons stated herein, defendants are ordered to re-notice their vacated summary judgement motion within ten days of the date of this order.

On March 6, 2015, defendants filed a summary judgment motion. (ECF No. 60.) On July 23, 2015, plaintiff filed a motion seeking time to conduct additional discovery pursuant to Federal Rule of Civil Procedure 56(d). (ECF No. 62.) On October 30, 2015, the undersigned granted plaintiff's motion filed pursuant to Rule 56(d) in part. (ECF No. 64.) The undersigned ordered defendants to serve plaintiff with policies and a statement in response to his Rule 56(d) motion within twenty-one days, and directed plaintiff to file his opposition to defendants' summary judgment motion, or statement of non-opposition, no later than December 31, 2015. (Id.)

////

1

1    On November 20, 2015, defendants filed a motion for an extension of time to comply with
2 the October 30, 2015 order. (ECF No. 66.) On December 3, 2015, the undersigned granted
3 defendants' motion for extension of time. (ECF No. 68.) The undersigned ordered that
4 defendants' response to the October 30, 2015 order was due by January 19, 2016. (Id.) The
5 undersigned also denied defendants' summary judgment motion without prejudice to its renewal
6 pending submission of their response to the court's October 30, 2015 order. (Id.) The
7 undersigned directed that defendants were not required to re-file the summary judgment motion
8 and supporting documents, but could reference the prior filings in the notice. (Id.)
9    On January 19, 2016, defendants filed a notice of compliance with the October 30, 2015
10 order. (ECF No. 70.) Defendants did not, however, file any documents renewing the summary
11 judgment motion.
12    Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order,
13 defendants shall renew their summary judgment motion; plaintiff's opposition to defendants'
14 summary judgment motion is due thirty days thereafter; defendants' reply is due twenty-one days
15 thereafter.
16 Dated:  January 19, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Walk569.ord

2