UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. JAMEL WALKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Defendants. | No. 2: 09-cv-0569 WBS KJN P<br><br><br>ORDER |

　　　Pending before the court is defendants' motion for a thirty days extension of time to file a reply to plaintiff's opposition to defendants' summary judgment motion and a response to plaintiff's motion to strike. Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Defendants' motion for extension of time (ECF No. 76) is granted;

　　　2. Defendants' reply and response are due on or before April 24, 2017.

Dated: March 31, 2017

Walk569.eot

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1