| | |
|---|---|
| K. JAMEL WALKER, | No. 2: 09-cv-0569 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' summary judgment motion. (ECF No. 60.) In support of their summary judgment motion, defendants filed the declaration of defendant Nunez. (ECF No. 60-7.) In the declaration, defendant Nunez refers to exhibits A and B, which he states are attached to the declaration. (Id. at 2.) These exhibits are not attached to the declaration.

On November 27, 2017, defendants re-filed the declaration of defendant Nunez. (ECF No. 80.) The exhibits referred to in the declaration are attached to this re-filed declaration. (Id.) However, defendant Nunez's declaration is not properly dated. (See ECF No. 80 at 4.) The declaration does not identify the year the declaration was signed. (Id.) The declaration of defendant Anaya, filed in support of defendants' summary judgment motion, is also not properly

1

dated. (See ECF No. 60-11 at 3.)

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, defendants shall file properly dated declarations of defendants Nunez and Anaya.

Dated: November 30, 2017

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Walk569.ord(2)