1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   K. JAMEL WALKER,                           No.  2: 09-cv-0569 WBS KJN P

12                   Plaintiff,

13          v.                                   AMENDED ORDER

14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS, et al.,
15
                     Defendant.
16

17

18          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

19   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On February 26, 2018, the magistrate judge filed findings and recommendations herein

22   which were served on plaintiff and which contained notice to plaintiff that any objections to the

23   findings and recommendations were to be filed within fourteen days.  (ECF No. 86.)  On March

24   16, 2018, plaintiff was granted a ten days extension of time to file his objections.  (ECF No. 88.)

25          On March 30, 2018, the undersigned issued an order adopting the findings and

26   recommendations and judgment was entered.  (ECF Nos. 90, 91.)  The March 30, 2018 order

27   stated that plaintiff did not file objections.  (ECF No. 90.)  However, pursuant to the mailbox rule,

28   plaintiff filed timely objections on March 23, 2018.  (ECF No. 89.)

1

1    Good cause appearing, the judgment is vacated and the undersigned considers plaintiff's

2  objections.  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304,

3  this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file,

4  the court finds the findings and recommendations to be supported by the record and by proper

5  analysis.

6         Accordingly, IT IS HEREBY ORDERED that:

7         1.  The March 30, 2018 order and judgment (ECF Nos. 90, 91) are vacated;

8         2.  The findings and recommendations filed February 26, 2018 (ECF No. 86) are adopted

9  in full; and

10        3.  Defendants' motion for summary judgment (ECF No. 60) is granted.

11  Dated:  April 11, 2018

12                                      WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE
13

14

15  Walk569.jo(2)

16

17

18

19

20

21

22

23

24

25

26

27

28